UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIBI NOHIA SAIDWAL, | Case No. 19-cv-08211-JSW |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| | Re: Dkt. No. 34 |
| FLAGSHIP, | |
| Defendant. | |

On April 6, 2021, the Court issued an Order continuing the case management conference from April 9, 2021 to June 25, 2021 because Defendant had not yet appeared. On April 7, 2021, the waiver of service was filed. Pursuant to that waiver, Defendant's answer or other responsive pleading was due by June 10, 2021. Defendant has not filed an answer or moved to dismiss. Neither Plaintiff nor Defendant has filed a case management statement, which were due on June 21, 2021.

The Court HEREBY CONTINUES the case management conference to July 2, 2021 at 11:00 a.m. It is FURTHER ORDERED that Plaintiff and Defendant each are HEREBY ORDERED to show cause as to why they have failed to comply with the deadline to file a case management conference statement and why the Court should not impose monetary sanctions for that failure. The parties' response to this Order to Show Cause *and* their case management conference statements shall be filed by June 28, 2021.

**IT IS SO ORDERED**.

Dated: June 22, 2021

_____
JEFFREY S. WHITE
United States District Judge