1  Dennis M. Brown, Bar No. 126575
   dmbrown@littler.com
2  LITTLER MENDELSON, P.C.
   50 W. San Fernando
3  7th Floor
   San Jose, California  95113.2431
4  Telephone:    408.998.4150
   Fax No.:      408.288.5686
5
6  Sandra J. McMullan, Bar No. 264264
   smcmullan@littler.com
7  Puja Sharma, Bar No. 295100
   psharma@littler.com
8  LITTLER MENDELSON, P.C.
   101 Second Street
   Suite 1000
9  San Francisco, California  94105
   Telephone:    415.433.1940
10 Fax No.:      415.399.8490

11 Attorneys for Defendant
   FLAGSHIP FACILITY SERVICES, INC.
12

13                  UNITED STATES DISTRICT COURT

14                  NORTHERN DISTRICT OF CALIFORNIA

15                         OAKLAND DIVISION

16

17 | BIBI NOHIA SAIDWAL,           | Case No. 4:19-CV-08211-JSW

18 |         Plaintiff,            | **DEFENDANT FLAGSHIP FACILITY SERVICES, INC.'S 90-DAY STATUS REPORT**

19 |    v.                         |

20 | FLAGSHIP,                     |

21 |         Defendant.            |

LITTLER MENDELSON, P.C.
50 W. San Fernando
7th Floor
San Jose, CA  95113.2431
408.998.4150

DEFENDANT FLAGSHIP FACILITY SERVICES, INC.'S  90-DAY STATUS REPORT

## I. DEFENDANT'S 90-DAY STATUS REPORT

Defendant Flagship Facility Services, Inc. ("Defendant"), submits the following 90-day status report:

Following the October 14, 2022, initial scheduling call with arbitrator Howard Herman, of JAMS, Ms. Saidwal ("Claimant"), filed various submissions seeking that her case be moved out of arbitration and back into the District Court. The matter was fully briefed and heard on February 17, 2023. On March 3, 2023, Arbitrator Herman denied all of Claimant's submissions. A scheduling call was ordered for March 6, 2023. Due to a conflict, Claimant asked that the call be rescheduled. Thereafter, a scheduling call was conducted with Arbitrator Herman. During the scheduling call, Arbitrator Herman set an arbitration date of June 23, 2024. The Parties will be meeting with Arbitrator Herman again on December 8, 2023 for a further status.

## II. MEET AND CONFER EFFORTS WITH PLAINTIFF

Counsel for Defendant met and conferred with Plaintiff and the Arbitrator with regard to the now scheduled arbitration date of June 23, 2024.

Accordingly, Defendant files this status report to comply with this Court's order.

Dated: December 1, 2023

LITTLER MENDELSON, P.C.

Dennis M. Brown
Sandra J. McMullan
Puja Sharma

Attorneys for Defendant
FLAGSHIP FACILITY SERVICES, INC.

4857-5229-5060.1 / 063836-1118

LITTLER MENDELSON, P.C.
50 W. San Fernando
7th Floor
San Jose, CA 95113.2431
408.998.4150

2.
DEFENDANT FLAGSHIP FACILITY SERVICES, INC.'S 90-DAY STATUS REPORT